

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com

May 18, 2020

T 212.370.6227
F 212.307.5598
abgotfried@venable.com

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

The conference is adjourned to July 10, 2020 at 10:00 a.m.

/s/ Alvin K. Hellerstein
5/19/2020

Re:   *Sonny Bermudez v. Bon Secours Charity Health System, Inc., et ano.*,
19-cv-07836 (AKH)
Notification of Settlement in Principle

Dear Judge Hellerstein:

This firm represents Defendants Bon Secours Charity Health System and Theresa Krell ("Defendants") in the above-referenced matter. The parties jointly write to inform the Court that they have reached a settlement in principle, and are currently in the process of executing the formal settlement agreement. The parties intend to file a Stipulation of Dismissal with Prejudice shortly after executing the settlement agreement. In light of the foregoing, the parties jointly request a 30-day adjournment of the status conference, presently scheduled for May 22, 2020, to June 22, 2020. This is the fourth request for an extension of time for the conference.

Please do not hesitate to contact us if you would like to discuss this matter further. Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ Allison B. Gotfried
Allison B. Gotfried

cc:   Shaun M. Malone, Esq., *attorneys for Plaintiff* (via ECF)